**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

REGINALD L. DUNAHUE                                                                            PLAINTIFF
ADC #106911

v.                                               4:21-cv-00959-JM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                            DEFENDANTS

**ORDER**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Docket # 5).   No objections have been filed, and the time to do so has passed.   After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff may proceed with his October 5, 2021 failure to protect and retaliation claims against Defendants Payne, Reed, Andrews, Musselwhite, Pierce, Daniel, Branham, Cook, Nash, Jackson, Knight, and Chatman.

2.      All other claims are DISMISSED without prejudice.

3.      Defendants Culclager, Wade, Starks, Hadley, Rucker and Lee are DISMISSED without prejudice.

4.      Plaintiff's embedded request for preliminary injunctive relief is DENIED.

5.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE