IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REGINALD L. DUNAHUE                                                                                        PLAINTIFF
ADC #106911

v.                                         4:21-cv-00959-JM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                               DEFENDANTS

**ORDER**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for a Preliminary Injunction (Doc. 6) is DENIED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 9th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE