IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REGINALD L. DUNAHUE                                                                                    PLAINTIFF
ADC #106911

v.                                          4:21-cv-00959-JM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. 53) is GRANTED; Plaintiff's claims against Defendants Payne, Reed, Musselwhite, Pierce, Daniel, Branham, Knight, and Johnson are DISMISSED without prejudice; and this case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 26th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE