**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

REGINALD L. DUNAHUE                                                    PLAINTIFF
ADC #106911

v.                                        4:21-cv-00959-JM-JJV

DEXTER PAYNE, Director, ADC; *et al.*                        DEFENDANTS

## **JUDGMENT**

Consistent with the Orders entered today and previously (Docs. 8, 45), Plaintiff's claims

are DISMISSED, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from

this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 26th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE